January 11, 2013

| CAAP–11–00 00647 | State v. Albert | Affirmed |